THEODORE BACHE, PROSECUTOR, v. THE TOWN OF PHILLIPSBURG, DEFENDANT.

JOHN SEARLES, PROSECUTOR, v. THE TOWN OF PHILLIPSBURG, DEFENDANT.

Submitted October term, 1924—Decided December 31, 1924.

**Ordinances—Conviction Before Mayor For Violation of Bill Posting Ordinance—Appeal to Common Pleas—Certiorari—Review May Be By Appeal or By Certiorari But Not By Both.**

On *certiorari*.

Before Justices KALISCH, BLACK and CAMPBELL.

For the prosecutors, *John M. Cody* and *Thomas P. Fay*.

For the defendants, *Sylvester C. Smith, Jr.*

PER CURIAM.

The writs of *certiorari* bring up the convictions of the prosecutor before the mayor of the town of Phillipsburg for the violation of an ordinance No. 269, known as the bill-posting ordinance on June 30th, 1922. Notice of appeal to the Warren County Court of Common Pleas was served and a bond furnished. The appeal was noticed for trial on September 26th, 1922, before the Warren County Court of Common Pleas.

The writ of *certiorari* was allowed October 5th, 1922. The prosecutors write down twenty-seven reasons for setting aside the convictions, but we think the case is controlled by what this court said in the case of *Furman* v. *Motley*, 67 *N. J. L.* 174. The prosecutors were entitled to have the judgments of the mayor reviewed, either by appeal or by *certiorari* as they should select, but not by both methods. Having selected the remedy by appeal, their right to review by *certiorari* no longer exists. *State* v. *McCarty*, 2 *N. J. Adv. R.* 8; *State* v. *Court of Common Pleas, No.* 249, *May term*, 1924. Moreover, the prosecutors having failed to file a brief, it will be presumed that the further prosecution of the *certioraries* are abandoned. Points not argued will not be considered; they will be presumed to have been abandoned.

The *certioraries* are dismissed and the judgment of conviction in each case is affirmed, with costs.